UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00411

**Adam Wayne Pickard,**
*Plaintiff,*

v.

**Maxey Cerliano et al.,**
*Defendants.*

## ORDER

On July 27, 2020, plaintiff Adam Wayne Pickard, proceeding pro se and in forma pauperis, filed this lawsuit pursuant to 42 U.S.C. § 1983. Doc. 1. This case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. Doc. 3. On May 8, 2021, the magistrate judge issued a report and recommendation (Doc. 27) that defendants' motions for summary judgment (Docs. 20, 22) be granted and this case be dismissed without prejudice for failure to exhaust administrative remedies. No party objected to the magistrate judge's report.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Defendants' motions for summary judgment (Docs. 20, 22) are granted. This case is dismissed without prejudice for failure to exhaust administrative remedies.

*So ordered by the court on July 9, 2021.*

J. CAMPBELL BARKER
United States District Judge